# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2021

## NO. 03-21-00259-CV

**Aleksei Kudimov, Appellant**

**v.**

**Anna Kudimova, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on May 10, 2021. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.